THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. TOWNSHIP OF MILLBURN.

April 10, 1979.  Petition for certification denied.

RIVER EDGE SAVINGS & LOAN ASSOCIATION v. WILLIAM F. HYLAND.

April 10, 1979.  Petition for certification denied.  (See 165 *N.J.Super.* 540)

STATE OF NEW JERSEY v. JOSEPH HUMPHREY.

April 10, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BANFIELD.

April 10, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY K. LEWIN.

April 10, 1979.  Petition for certification denied.  (See 163 *N.J.Super.* 439)

STATE OF NEW JERSEY v. WILLIAM ERNEST TAYLOR.

April 10, 1979.  Petition for certification denied.